UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIA HAYES | CIVIL ACTION NUMBER: |
| V. | SECTION: |
| AUDUBON NATURE INSTITUTE, INC. AND AUDUBON NATURE INSTITUTE FOUNDATION | DIVISION: |
| | JUDGE: |
| | MAGISTRATE JUDGE: |
| | JURY DEMAND |

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Complainant, **TIA HAYES** ("Complainant"), to file this Complaint against Defendants, **AUDUBON NATURE INSTITUTE, INC. AND AUDUBON NATURE INSTITUTE FOUNDATION** ("Defendants").

## PARTIES

1. Complainant, **TIA HAYES**, is an individual of the full age of majority domiciled Orleans Parish, Louisiana.

2. Defendants, **AUDUBON NATURE INSTITUTE, INC. AND AUDUBON NATURE INSTITUTE FOUNDATION**, are non-profit corporations organized under the laws of Louisiana domiciled at 6500 Magazine Street, New Orleans, Louisiana, 70118.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 42 U.S.C.A. § 2000e-5 and supplemental jurisdiction over the causes of action arising under Louisiana law pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants are domiciled in the Eastern District of Louisiana and a substantial part of the events or omissions giving rise to this case occurred in the Eastern District of Louisiana.

## GENERAL ALLEGATIONS

5. At all times relevant hereto, Complainant was employed by Defendants.

6. During the course of her employment with Defendants, Complainant was subject to inappropriate sexual behavior and conversations by another employee of Defendants, Lester Charles.

7. The inappropriate sexual behavior and conversations took place in the summer of 2010 and on October 19, 2010.

8. Complainant reported the inappropriate sexual behavior and conversations, but no action was taken against Lester Charles.

9. Complainant was also treated differently by other employees of Defendants after reporting the inappropriate sexual behavior and conversations.

10. In addition, Complainant was unjustifiably terminated by Defendants in February of 2012.

11. Complainant was issued a Notice of Right to Sue by the United States Equal Employment Opportunity Commission on March 20, 2012.

## CAUSES OF ACTION

### CLAIM FOR GENDER DISCRIMINATION PURSUANT TO FEDERAL LAW

12. Complainant reavers and realleges each and every allegation of this Complaint.

13. Complainant has been subjected to gender discrimination in violation of federal laws including, but not limited to, 42 U.S.C.A. § 1981, 42 U.S.C.A. § 1988, 42 U.S.C.A. § 2000e-2, et seq.

14. Defendants failed or refused to take appropriate action to remedy ongoing discriminatory practices that resulted in a hostile or abusive working environment for Complainant.

### CLAIM FOR GENDER DISCRIMINATION PURSUANT TO LOUISIANA LAW

15. Complainant reavers and realleges each and every allegation of this Complaint.

16. Complainant has been subjected to gender discrimination in violation of Louisiana law including, but not limited to, La. R.S. 23:301, et seq.

17. Defendants failed or refused to take appropriate action to remedy ongoing discriminatory practices that resulted in a hostile or abusive working environment for Complainant.

### CLAIM FOR RETALIATION

18. Complainant reavers and realleges each and every allegation of this Complaint.

19. Complainant has been subject to retaliation in violation of federal and Louisiana law including, but not limited to, 42 U.S.C.A. § 1981, 42 U.S.C.A. § 1988, 42 U.S.C.A. § 2000e-2, et seq., and La. R.S. 23:301, et seq.

20. Complainant was unjustifiably terminated by Defendants in February of 2012.

## RESPONDEAT SUPERIOR

21. Complainant reavers and realleges each and every allegation of this Complaint.

22. At all time relevant hereto, Lester Charles was employed by Defendants so Defendants are liable for the actions of Lester Charles pursuant to the doctrine of respondeat superior.

## DAMAGES

23. Complainant reavers and realleges each and every allegation of this Complaint.

24. Complainants are entitled to such damages as are reasonable including, but not limited to, compensatory damages and exemplary damages.

## JURY DEMAND

25. Complainant reavers and realleges each and every allegation of this Complaint.

26. Complainant is entitled to and demands a trial by jury.

**WHEREFORE,** Complainant, **TIA HAYES**, prays that after due proceedings there be a judgment in favor of Complainant against Defendants, **AUDUBON NATURE INSTITUTE, INC. AND AUDUBON NATURE INSTITUTE FOUNDATION**, for all damages which are reasonable, legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Respectfully Submitted,

**/s/ Jessica W. Hayes (#28927)**
**Jessica W. Hayes (#28927)**
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: jhayes@murray-lawfirm.com

**WAIVER OF THE SERVICE OF SUMMONS REQUESTED**