UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIA HAYES** <br><br> **V.** <br><br> **AUDUBON NATURE INSTITUTE, INC. AND AUDUBON NATURE INSTITUTE FOUNDATION** | **CIVIL ACTION NUMBER:** <br>    2:12-cv-1548 <br> **SECTION:** <br>    "S" <br> **DIVISION:** <br>    "2" <br> **JUDGE:** <br>    MARY ANN VIAL LEMMON <br> **MAGISTRATE JUDGE:** <br>    JOSEPH C. WILKINSON, JR. <br> **JURY DEMAND** |

### ORDER GRANTING EX PARTE MOTION FOR EXTENSION RELATED TO THE ORDER OF DISMISSAL

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that the Ex Parte Motion for Extension Related to the Order of Dismissal is **GRANTED**.

The Order of Dismissal is extended fifteen (15) days and this case is hereby dismissed without costs and without prejudice to the right, upon good cause shown within fifteen (15) days, to seek summary judgment enforcing the compromise or to reopen this case if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

**NEW ORLEANS, LOUISIANA**, this 11th day of December, 2013.

_____
**MAGISTRATE JUDGE**

4